UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. PINES,<br><br>    Petitioner,<br><br>v.<br><br>DIRECTOR OF ATASCADERO STATE HOSPITAL,<br><br>    Respondent. | Case No. 18-cv-04512-JCS (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, petitioner challenges his detention as a mentally disordered offender. The detention proceedings occurred in the San Diego Superior Court, which lies in the Southern District. Accordingly, this action is TRANSFERRED to the Southern District of California. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** August 6, 2018

                                                    JOSEPH C. SPERO<br>
                                                  Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T PINES,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF ATASCADERO STATE HOSPITAL,<br><br>Defendant. | Case No. 18-cv-04512-JCS<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael T Pines ID: AT069323-4
Atascadero State Hospital
PO Box 7001
Atascadero, CA 93423-7001

Dated: August 6, 2018

Susan Y. Soong
Clerk, United States District Court

By: /s/ Karen L. Hom
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO